IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

HAROLD R. CUBBEDGE,                                        CV. 09-379-HU

        Plaintiff,                                           ORDER

  v.

ROSIE SIZER, et al.,

        Defendants.

BROWN, Judge

    Plaintiff's motion for voluntary dismissal (#11) is GRANTED. This proceeding is DISMISSED, with prejudice.

    IT IS SO ORDERED.

    DATED this __23rd__ day of September, 2009.


                                              /s/ Anna J. Brown

                                            Anna J. Brown

                                            United States District Judge